**Motion Granted; Order filed May 24, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00946-CR

_____

### GERRON BENARD SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR0784**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion requesting the record to be provided to him. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 10th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure;

that the clerk of that court furnish the record to appellant on or before **June 8, 2016;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM